# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00351-CV

## In re Luis Padilla

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Luis Padilla, an inmate in Williamson County, has filed a pro se petition for writ of habeas corpus complaining of miscellaneous issues relating to his arrest and detention and seeking immediate release. We lack habeas jurisdiction of the underlying case because the original habeas jurisdiction of a court of appeals is limited to cases in which "it appears that the restraint of liberty is by virtue of an order, process, or commitment issued by a court or judge because of the violation of an order, judgment, or decree previously made, rendered, or entered by the court or judge in a civil case," which is not the case here. Tex. Gov't Code § 22.221(d Accordingly, the petition is dismissed for want of jurisdiction. See Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis and Crump

Filed: May 30, 2025